UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

| Case No. | CV 09-9446 DSF (VBKx) | Date | 6/13/12 |
|---|---|---|---|
| Title | Everest Stables, Inc. v. Julio Canani, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge | |
|---|---|---|
| Debra Plato | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**       (In Chambers) Order to Show Cause re Sanctions

Though trial is set to begin on June 19, the parties have failed to comply with the Court's Orders issued at the Pretrial Conference concerning the preparation of revised jury instructions, verdict form, etc.  The parties are ordered to provide revised jury instructions and a verdict form, as well as an updated exhibit and witness list, no later than Monday, June 18 at 10:00 a.m.  All documents should be provided to the Chambers email in Word or Word Perfect form, and mandatory paper chambers copies must be provided no later than June 18 at noon.

Counsel are ordered to show cause on Tuesday, June 19 at 8:30 a.m. why they should not be sanctioned in the amount of $250 each for their wilful failure to comply with this Court's orders.

IT IS SO ORDERED.