# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVEREST STABLES, INC.**, a Minnesota corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**JULIO CANANI, individually and dba TARMA CORPORATION, ROGER LICHT, ANTONIO CARLOS AVILA, and GODOLPHIN RACING LLC,**<br><br>　　　　Defendants. | Case No.: CV 09-09446 DSF (VBKx)<br><br>**AMENDED JUDGMENT** |

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

　　1.　Judgment is entered against Defendants JULIO CANANI, INDIVIDUALLY AND D/B/A, TARMA CORP. (CANANI) and ROGER LICHT (LICHT) jointly and severally in the amount of $6,250.00. CANANI and LICHT are liable for the $6,250.00 in the following proportions: 75% against CANANI and 25% against LICHT.

　　2.　CANANI and LICHT are jointly and severally liable for any

1

award of costs.

3. Judgment is entered against CANANI in the amount of $42,500. CANANI is solely liable for the $42,500.

4. Costs are granted as determined by Application to the Clerk of Court.

DATED: 11/6/12

*Dale S. Fischer*
Dale S. Fischer
UNITED STATES DISTRICT JUDGE